WILLIAM B. BERGER and ALVIN E. STEIN, for appellant.

No appearance for appellee.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

DIVORCE, § 135*—*when order to pay solicitor's fees improper.* Where a wife's bill for divorce is dismissed for want of equity, the court has no authority to order defendant to pay complainant solicitor's fees, and a commitment for contempt for failure to pay such fee will not be allowed to stand.

---

### Max Stricker, Appellee, v. William· M. Umbdenstock, Appellant.

### Gen. No. 21,962.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. HUGO PAM, Judge, presiding. Heard in this court at the October term, 1915. Appeal dismissed. Opinion filed February 14, 1916.

### Statement of the Case.

Trespass on the case by Max Stricker, plaintiff, against William M. Umbdenstock, defendant.

Judgment was rendered for plaintiff March 22, 1915. The time for filing the appeal bond was by orders properly entered extended "to and including June 1, 1915." The bond was not filed until June 2nd.

FURBER & WAKELEE, for appellant.

ADLER & LEDERER, for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Crystal Spring P. H. & C. Co. et al. v. Becklenberg, 198 Ill. App. 49.

MR. JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 671*—*when extension of time for filing bond not warranted.* Where the time within which an appeal bond is to be filed is fixed by statute, the requirement is mandatory and jurisdictional, and the court from which the appeal is taken cannot extend the time.

2. APPEAL AND ERROR, § 671*—*when time for filing appeal bond may be extended.* Where a statute requires the court allowing an appeal to fix the time for filing the appeal bond in its order allowing the appeal, the court may, before the expiration of the time so fixed, extend the time for filing.

3. APPEAL AND ERROR, § 1112*—*when motion to dismiss for failure to file bond unnecessary.* Where an appeal bond is not filed in the time fixed by the court by an extension or otherwise, under a statute requiring the court to fix the time of filing, the appeal must be dismissed and no motion is necessary, the requirement being mandatory and jurisdictional.

---

## Crystal Spring Percheron Horse & Cattle Company and M. C. Blanchett, Plaintiffs in Error, v. Fred Becklenberg, Defendant in Error.

### Gen. No. 21,786.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH E. RYAN, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded. Opinion filed February 14, 1916.

### Statement of the Case.

Action by Crystal Spring Percheron Horse & Cattle Company, a corporation, and M. C. Blanchett, plaintiffs, against Fred Becklenberg, defendant.

To reverse a judgment of *nil capiat* entered on a verdict instructed by the trial judge, on the motion of defendant, at the conclusion of so much of plaintiffs' case

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.
        Vol. CXCVIII 4